UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,           Case No. 19-45908-MBM
                                                  Chapter 7
                                                  Honorable Marci B. McIvor

      Debtor.
_____/

## TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER

Karen Evangelista, Chapter 7 Trustee, by and through her attorneys, the Taunt Law firm, hereby submits this Application to Employ Auctioneer and in support of same states as follows:

1. State Road Allen Park, LLC (the "Debtor") filed for relief under Chapter 7 on April 18, 2019.

2. Karen Evangelista ("Trustee") is the duly appointed, qualified, and acting Trustee in this case.

3. The schedules filed by the Debtor disclose an ownership interest in various restaurant and food service equipment and related tangible personal property used in connection with the Debtor's restaurant business ("Equipment"). The term "Equipment" does not include the Debtor's liquor license.

4. Pursuant to Section 327 of the Bankruptcy Code, the Trustee is authorized to employ an auctioneer to sell the Equipment. The Trustee has selected Repocast.com, Inc. ("Repocast") as her auctioneer.

1

5. Repocast has filed a bond with the Court in an amount satisfactory to the U.S. Trustee's office.

6. The Trustee seeks to employ Repocast as her auctioneer to be paid at a commission of ten percent (10%) of the final gross bid amount for all Equipment.

7. In addition to the bid amount, Repocast will also require the prospective buyer to pay a "buyer's premium" in the amount of ten percent (10%) and an additional three percent (3%) processing fee if the highest bidder pays with a personal check or credit card (rather than cash or certified funds). Repocast's commission will not be calculated based on these assessments.

8. In addition to a sales commission, buyer's premium, and fee for certain forms of payment, Repocast also requests to be repaid its out of pocket costs incurred to extract, load, and transport the Equipment from the Debtor's business location to Repocast's auction facilities. Repocast estimates that the costs will be approximately $8,000.00 of labor and transportation costs (estimated 135 man hours of labor) to transport the Equipment to their auction facilities and prepare it for auction.

9. Upon information and belief, other than if set forth in the Affidavit of Kurt Mingerink (a licensed auctioneer with Repocast) to the contrary, Repocast has no connection with the Debtor, its creditors, or any other party in interest, their

2

respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

10. Upon information and belief, Repocast does not hold or represent any interest adverse to the estate.

11. Upon information and belief, Repocast is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, and if Repocast is retained as the Trustee's auctioneer, it will not represent any interest adverse to the estate.

12. Attached hereto as Exhibit A is a proposed Order Authorizing Trustee to Employ Repocast as Auctioneer.

13. Attached as Exhibit B is a Statement of Disinterest.

**WHEREFORE**, the Trustee requests that an Order be entered authorizing the employment of an auctioneer.

**THE TAUNT LAW FIRM**

Dated: April 26, 2019

/s/ Dean R. Nelson, Jr.
Dean R. Nelson, Jr. (P70818)
Attorney for Trustee
700 E. Maple Rd., 2nd Floor
Birmingham, MI 48009
(248) 644-7800
dnelson@tauntlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,                    Case No. 19-45908-MBM
                                               Chapter 7
                                               Honorable Marci B. McIvor

     Debtor.
_____/

## ORDER AUTHORIZING TRUSTEE TO EMPLOY AUCTIONEER

**THIS MATTER** having come before the Court upon the Trustee's Application to Employ an Auctioneer (the "Application"), the Court having read same and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee be and hereby is authorized to employ Repocast.com, Inc. ("Repocast") as auctioneer to sell the Debtor's restaurant and food service equipment and related tangible personal property used in connection with the Debtor's restaurant business (the "Equipment") by public online auction with compensation not to exceed 10% of the proceeds from the sale of the Equipment calculated before costs of sale are deducted (the "Commission").

**IT IS FURTHER ORDERED** that the Commission shall be paid on top of the 10% "buyer's premium" paid to Repocast by the highest bidder of any of the Equipment (as outlined in the Application) and a 3% processing fee if the highest bidder pays with personal check or credit card rather than cash or certified funds.

**IT IS FURTHER ORDERED** that, in addition to the Commission, upon application to and approval by the Court, Repocast will be reimbursed its

reasonable expenses incurred to extract, load, and transport the Equipment to its auction facilities.

**IT IS FURTHER ORDERED** that Repocast will not be required to submit hourly time records in order to receive compensation;

**IT IS FURTHER ORDERED** that the actual bidding and sale terms for the Equipment are to be approved only upon separate order of the Court as will final approval of Repocast's fees and reimbursement of the costs of the sale.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,   Case No. 19-45908-MBM
                              Chapter 7
                              Honorable Marci B. McIvor
   Debtor.
_____/

## AFFIDAVIT OF DISINTEREST

STATE OF MICHIGAN  )
                   ) ss.
COUNTY OF OAKLAND  )

Kurt Mingerink, on behalf of Repocast.com, Inc., deposes and says that:

1. I am a licensed auctioneer with Repocast whose offices are located at 601 Gordon Industrial Drive, Byron Center, MI 48315.

2. I am authorized to execute this document.

3. Repocast.com, Inc. is disinterested person as defined by 11 U.S.C. § 101(14).

4. Repocast.com, Inc. does not hold or represent an interest adverse to the estate.

5. Repocast.com, Inc. does not have any connections with the debtors, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

6

s/ *(signature)*
Kurt Mingerink

Subscribed and sworn to before me this **24th** day of April, 2019

/s/ *Kathy Decker*
        Notary Public
**Ottawa** County, Michigan
Acting in the County of : **Kent**
My Commission Expires: **4-10-2021**

```
KATHY DECKER
NOTARY PUBLIC - STATE OF MICHIGAN
OTTAWA COUNTY
My Commission Expires April 10, 2021
Acting in the County of Kent
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| State Road Allen Park, LLC, | Case No. 19-45908-MBM |
| | Chapter 7 |
| | Honorable Marci B. McIvor |
| Debtor. | |
| _____/ | |

## STATEMENT OF CONSENT

The Office of the United States Trustee hereby has reviewed the Trustee's Application to Employ Auctioneer and does not object to the employment of Repocast.com, Inc. as auctioneer for the Chapter 7 Trustee, Karen Evangelista.

**DANIEL M. MCDERMOTT**
**UNITED STATES TRUSTEE**
Region 9


By: /s/ Leslie Berg
Leslie Berg
Trial Attorney
Office of the United States Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
313-226-7913