# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,            Case No. 19-45908-MBM
                                                 Chapter 7
                                                 Honorable Marci B. McIvor

       Debtor.
_____/

## APPLICATION TO EMPLOY ACCOUNTANT

NOW COMES Karen Evangelista, Trustee of the Debtor's Chapter 7 estate, in support of her Application to Employ Accountants, states as follows:

1.      Karen Evangelista is the duly appointed Trustee for the above-referenced estate (the "Debtor").

2.      The Trustee wishes to employ Mueller & Company, PC ("Mueller") as the accountants in this Chapter 7 case.

3.      The Trustee has selected Mueller for the reasons that Mueller has had considerable experience in matters of this character and the Trustee believes that Mueller is well qualified to represent the Trustee in these proceedings.

4.      The professional services that Mueller is to render are:

       A.      Serve as certified public accountants for the Trustee performing those services normally required with regard to financial reporting for the Estate, the Trustee and the Court;

B. Assist the Trustee in preparing and filing all necessary tax returns. Such tax reporting will include all required federal, state and local (if applicable) income, payroll and excise tax returns.

C. Prepare an accounting of the income and expenses of the Estate as recovered and administered by the Trustee.

D. To analyze the Debtor's books and records and to assist the Trustee in identifying and recovering assets under any causes of action that may be pursued on behalf of creditors, including (but not limited to) claims under Chapter 5 of the Bankruptcy Code.

5. To the best of the Trustee's knowledge, Mueller has no connection with the creditors or any other party in interest or their respective attorneys.

6. Mueller represents no interest adverse to the Debtor's estate in the matters upon which it is to be engaged and its employment is in the best interests of this estate.

7. Attached hereto is an Affidavit of Kurt Mueller, CPA.

8. The current hourly rates for services to be provided in this case are as follows:

- Kurt Mueller, CPA                $275
- Staff Accountants                $150
- Paraprofessionals                $90

Expenses will be billed at actual cost incurred.

WHEREFORE, the Trustee requests the Court to enter an Order authorizing the employment of Mueller & Company, PC as accountants.

          Respectfully submitted,

          The Taunt Law Firm

By: /s/ Dean R. Nelson, Jr.
Attorney for Trustee
700 E. Maple Rd, 2nd Floor
Birmingham, MI 48009
248.644.7800
dnelson@tauntlaw.com

Dated: April 25, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,   Case No. 19-45908-MBM
   Chapter 7
   Honorable Marci B. McIvor

    Debtor.
_____/

## ORDER APPROVING TRUSTEE'S EMPLOYMENT OF CERTIFIED PUBLIC ACCOUNTANTS

THIS MATTER, having come upon the attached Application for Authority of Trustee, KAREN EVANGELISTA, to employ Mueller & Company PC, certified public accountants, and it appearing that Mueller & Company, PC is a disinterested person, and the Court being otherwise fully advised in the premises and upon approval of the United States Trustee;

IT IS HEREBY ORDERED that the Trustee's employment of Mueller & Company, PC as certified public accountants for the estate as set forth in the Trustee's Application is APPROVED.

IT IS FURTHER ORDERED that prior to any compensation or reimbursement of expenses being paid to Mueller & Company, PC, it must first file a fee application and obtain court approval of such fees and expenses.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,   Case No. 19-45908-MBM
                              Chapter 7
                              Honorable Marci B. McIvor

    Debtor.
_____/

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR APPOINTMENT OF ACCOUNTANTS FOR THE TRUSTEE

STATE OF MICHIGAN    )
                             )ss
COUNTY OF OAKLAND  )

**KURT MUELLER, CPA** of the accounting firm Mueller & Company PC, being duly sworn, deposes and states as follows:

1. I am a duly qualified certified public accountant authorized to practice in the State of Michigan and I am a shareholder in the accounting firm of Mueller & Company PC, which maintains an office at 575 E. Big Beaver Rd, Suite 250, Troy, Michigan, 48083.

2. I am the professional person who the Trustee has requested to be appointed by the Bankruptcy Court as set forth in the attached Application to appoint me as accountant for the Estate.

3. Neither I, nor any firm with which I may be associated, insofar as I have been able to ascertain, has any connection with the above named estate, its

creditors or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the U.S. Trustee.

4. Neither I, nor any firm with which I may be associated, insofar as I have been able to ascertain, represents any interest adverse to that of the Estate or the Debtor in this matter upon which I am to be engaged.

5. Based upon the foregoing, I believe that Mueller & Company, PC and myself are "disinterested" as defined by the Bankruptcy Code and within the meaning of 11 USC Section 101(14).

6. This affidavit is made in support of the Application being filed by the Trustee for appointment of Mueller & Company, PC to act as accountants for the Estate.

7. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not.

/s/ Kurt Mueller
Kurt Mueller, CPA,
**Mueller & Company PC**
575 E. Big Beaver Rd. Suite 250
Troy, Michigan 48083
(248) 524-6000
kurt@muellerpc.com

COLLEEN MUELLER
Notary Public - Michigan
Oakland County
My Commission Expires Jan 24, 2022
Acting in the County of Oakland

Subscribed and sworn to before me this 26 day of April, 2019.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,           Case No. 19-45908-MBM
                                                    Chapter 7
                                                    Honorable Marci B. McIvor

      Debtor.
_____/

## STATEMENT OF CONSENT

The Office of the United States Trustee has reviewed the Trustee's Application to Employ MUELLER & COMPANY, PC and does not object to the employment of MUELLER & COMPANY, PC as accountants for the Chapter 7 Trustee in the above-entitled matter for the purpose of providing services required with regard to financial reporting, asset recovery and tax matters for the Estate.

                                                   **DANIEL M. MCDERMOTT**
                                                   **UNITED STATES TRUSTEE**
                                                   Region 9

                                                   By: /s/ Leslie Berg
                                                   Leslie Berg
                                                   Trial Attorney
                                                   Office of the United States Trustee
                                                   211 West Fort St - Suite 700
                                                   Detroit, Michigan 48226
                                                   313-226-7913

Dated: April 25, 2019