UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,   Case No. 19-45908-MBM
                              Chapter 7
                              Honorable Marci B. McIvor

    Debtor.
_____/

**CERTIFICATE OF NO RESPONSE FOR TRUSTEE'S MOTION TO:
1) APPROVE SALE OF PROPERTY OF THE ESTATE BY PUBLIC
AUCTION, AND 2) APPROVE PROCEDURE TO PAY AUCTIONEER**

Karen Evangelista, Trustee, through her counsel, The Taunt Law Firm, hereby states as follows:

1. That her Motion to: 1) Approve Sale of Property of the Estate by Public Auction, and 2) Approve Procedure to pay Auctioneer, Notice of same, and Proof of Service of same were filed with this Court and served upon the United States Trustee and all other parties entitled to notice, and that the Notice gave notice of the requirement of a written response on or before June 10, 2019, and the Notice was served on all parties listed on the creditor matrix.

2. That the time within which to file a response has expired and that no party has filed such a response on the matter.

**WHEREFORE**, Karen Evangelista, Chapter 7 Trustee, requests this Honorable Court grant the relief requested.

**THE TAUNT LAW FIRM**

By: /s/ Dean R. Nelson, Jr.
Attorneys for Trustee
700 East Maple Road, Second Floor
Birmingham, MI 48009
(248) 644-7800
dnelson@tauntlaw.com
(P70818)

Dated: June 11, 2019