# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,                     Case No. 19-45908-MBM

                                                   Chapter 7

                                                   Honorable Marci B. McIvor

          Debtor.

_____/

## ORDER DEEMING PROOF OF CLAIM
## NOS. 3 AND 4 WITHDRAWN

      **THIS MATTER,** having come before the Court upon the Stipulation of the Chapter 7 Trustee and Johnson Controls Security Solutions, LLC, the Court finding just cause to grant the requested relief, and otherwise being duly advised in the premises:

      **IT IS HEREBY ORDERED** that Proof of Claim Numbers 3 and 4 filed by Johnson Controls Security Solutions, LLC are deemed withdrawn.

**Signed on June 27, 2019**



/s/ Marci B. McIvor

Marci B. McIvor
United States Bankruptcy Judge