# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | | | | |
|---|---|---|---|---|
| Case No.: | 19-45908-MBM | | Trustee Name: | Karen E. Evangelista |
| Case Name: | STATE ROAD ALLEN PARK, LLC | | Date Filed (f) or Converted (c): | 04/18/2019 (f) |
| For the Period Ending: | 7/18/2019 | | §341(a) Meeting Date: | 05/22/2019 |
| | | | Claims Bar Date: | 07/22/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Comerica Bank Current balance is approximate Business checking account | $10,000.00 | $16,382.04 | | $16,382.04 | FA |
| 2 Cash on hand | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 Raw material Food and liquor | $18,785.00 | $18,785.00 | | $0.00 | $18,785.00 |
| 4 Office furniture Desk and chair no value | $0.00 | Unknown | | $0.00 | Unknown |
| 5 Office fixtures Office equipment, including all computer equipment and communication systems equipment and software Computers and Point of sale machines | $500.00 | Unknown | | $0.00 | Unknown |
| 6 Wall art | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 7 Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Restaurant equipment-See itemized list at end of Schedule B. | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 8 Internet domain names and websites | $0.00 | Unknown | | $0.00 | Unknown |
| 9 Liquor license | $80,000.00 | $80,000.00 | | $0.00 | $80,000.00 |
| 10 Customer list | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$116,285.00    $121,167.04      $16,382.04    $104,785.00

**Major Activities affecting case closing:**
06/17/2019    Trustee with assistance of counsel is investigating the value of the business and assets.

**Initial Projected Date Of Final Report (TFR):**    04/18/2021      /s/ KAREN E. EVANGELISTA
**Current Projected Date Of Final Report (TFR):**        KAREN E. EVANGELISTA