# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| STATE ROAD ALLEN PARK, LLC | Case No. 19-45908-mbm |
| Debtors. | |

## ORDER GRANTING APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

**THIS MATTER** having come before the Court on the APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM (the "Application"). For good cause shown, the application is hereby **GRANTED**.

**IT IS HEREBY ORDERE**D that GFS is allowed an administrative claim against Debtor's estate for the value of the 20-Day Goods delivered to it in the amount of $13,385.03;

**IT IS FURTHER ORDERED** that the local counsel requirement of E.D. Mich LR 83.20(f)(1) is hereby waived.