# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| STATE ROAD ALLEN PARK, LLC | Case No. 19-45908-mbm |
| Debtors. | |

## NOTICE OF APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

Creditor Gordon Food Service Inc. has filed papers with the court for an order allowing it an administrative priority claim of $13,385.03 under 11 U.S.C. § 503(b)(9) (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).** If you do not want the court to approve the Application, or if you want the court to consider your views on the Application, within 14 days, you or your attorney must:

1. File with the court a written response or an answer,[1] explaining your position at: **United States Bankruptcy Court, 226 W. Second Street, Flint, MI 48502**

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also send a copy to: **Jason M. Torf, ICE MILLER LLP, 200 W. Madison Street, Suite 3500, Chicago, IL 60606-3417**; Telephone: (312) 726-6244.

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: July 22, 2019

Respectfully submitted,

/s/ Jason M. Torf
Jason M. Torf
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
Telephone: (312) 726-6244
Facsimile: (312) 726-6214
Email: Jason.Torf@icemiller.com

*Counsel for Gordon Food Service Inc.*

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)