# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |  | | |
|---|---|---|---|---|
| Case No.: | 19-45908 | | Trustee Name: | Karen E. Evangelista |
| Case Name: | STATE ROAD ALLEN PARK, LLC | | Date Filed (f) or Converted (c): | 04/18/2019 (f) |
| For the Period Ending: | 12/31/2020 | | §341(a) Meeting Date: | 05/22/2019 |
| | | | Claims Bar Date: | 07/22/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Comerica Bank Current balance is approximate Business checking account 7879 | $10,000.00 | $16,382.04 | | $16,382.04 | FA |
| 2 | Cash on hand | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | Raw material Food and liquor | $18,785.00 | $0.00 | | $0.00 | FA |
| 4 | Office furniture Desk and chair no value | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Office fixtures Office equipment, including all computer equipment and communication systems equipment and software Computers and Point of sale machines | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Wall art | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Restaurant equipment-See itemized list at end of Schedule B. | $5,000.00 | $7,002.00 | | $7,002.00 | FA |

**Asset Notes:** Report of Sale filed on 10/7/19, docket #39.
Order for Sale of Property entered on 6/11/19, docket #26.
Motion for Sale of Property filed on 5/16/19, docket #22.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Domain name | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Liquor license | $80,000.00 | $80,000.00 | | $0.00 | $80,000.00 |
| 10 | Customer list | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Account receivable | $1,500.00 | $0.00 | | $0.00 | FA |
| 12 | 23075 Outer Drive Allen Park, MI 48101 (depreciation schedule available? Believed to have limited value because of Lessee interst in Ground Lease which is in default | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | $117,785.00 | $103,384.04 | | $23,384.04 | **Gross Value of Remaining Assets** $80,000.00 |

---

**Major Activities affecting case closing:**

12/22/2020  Trustee with assistance of counsel is investigating the value of the business and assets. With his help she has liquidated certain personal property of the Debtor and is now seeking to sell the liquor license. The liquidation of the liquor license has been delayed due to Covid but a new broker has been employed to assist with the same.

**Initial Projected Date Of Final Report (TFR):** 04/18/2021  /s/ KAREN E. EVANGELISTA

**Current Projected Date Of Final Report (TFR):**  KAREN E. EVANGELISTA

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 19-45908 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | STATE ROAD ALLEN PARK, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9964 | | Checking Acct #: | ******0110 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/22/2019 | (1) | Comerica Bank | Monies from Comerica Bank Account | 1129-000 | $14,258.46 | | $14,258.46 |
| 04/22/2019 | (1) | Comerica Bank | Monies from Comerica Bank Account | 1129-000 | $2,123.58 | | $16,382.04 |
| 10/08/2019 | | Repocast.com | Order granting Trustee's Motion Approve Sale of Property of the Estate P/O 6/11/19, docket #26. | * | $1,000.00 | | $17,382.04 |
| | {7} | | Gross Sale Price   $7,002.00 | 1129-000 | | | $17,382.04 |
| | | | Order Granting   ($6,002.00) Application for Compensation of Auctioneer for Trustee P/O 10/3/19, docket #39. | 3620-000 | | | $17,382.04 |
| 12/06/2019 | 3001 | Insurance Partners Agency | Bond Payment | 2300-000 | | $8.66 | $17,373.38 |
| 04/07/2020 | 3002 | State of Michigan | Renewal of Liquor License | 6820-000 | | $950.00 | $16,423.38 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $287.40 | $16,135.98 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($287.40) | $16,423.38 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $23.62 | $16,399.76 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $24.37 | $16,375.39 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $23.55 | $16,351.84 |
| 10/08/2020 | 3003 | Gordon Food Service Inc. | Order Granting Application of Gordon Food Service, Inc. Allowance and Payment of Administrative Priority Claim P/O 8/9/2019, docket #35. | 2990-000 | | $5,000.00 | $11,351.84 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.98 | $11,329.86 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $16.29 | $11,313.57 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $16.81 | $11,296.76 |

19-45908-tjt   Doc 46   Filed 01/15/21   Entered 01/15/21 13:14:44   Page 2 of 4

SUBTOTALS        $17,382.04        $6,085.28

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-45908 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | STATE ROAD ALLEN PARK, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9964 | | Checking Acct #: | ******0110 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS: | | $17,382.04 | $6,085.28 | $11,296.76 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $17,382.04 | $6,085.28 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $17,382.04 | $6,085.28 | |

**For the period of 01/01/2020 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,076.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,076.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/22/2019 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $23,384.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,384.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,087.28 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements | $12,087.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-45908 | **Trustee Name:** Karen E. Evangelista |
| **Case Name:** STATE ROAD ALLEN PARK, LLC | | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***9964 | | **Checking Acct #:** ******0110 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** 01/01/2020 | | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** 12/31/2020 | | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $17,382.04 | $6,085.28 | $11,296.76 |

**For the period of 01/01/2020 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $6,076.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,076.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/22/2019 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $23,384.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,384.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $12,087.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,087.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KAREN E. EVANGELISTA

KAREN E. EVANGELISTA