# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,                    Case No. 19-45908-TJT
                                               Chapter 7
                                               Honorable Thomas J. Tucker

      Debtor.
_____/

## **TRUSTEE'S REPORT OF SALE**

      Karen Evangelista, Chapter 7 Trustee, through her attorneys, The Taunt Law Firm, hereby gives the following report of sale:

1.  On June 29, 2021, this Court entered an order (the "Sale Order"; Docket No. 56) authorizing the sale of Class C and SDM liquor licenses issued by the Michigan Liquor Control Commission (the "MLCC"), License No. Class C – 000140735 and SDM 000250736, Business ID No. 240020 and attendant permits (the "Property") to WAK, Inc.

2.  The Sale Order authorized the sale of the Property for $52,500.00.

3.  The Trustee closed on the sale of the Property on July 13, 2021, at the sale price of $52,500.00 with WAK, Inc.

1

4. The Sale Order authorized payment to Thomas Hospitality Group, Inc. and its representative, Michael Scheid, is awarded compensation in the full and final amount of $2,500, to be paid from the Purchase Price.

5. As such, the Trustee netted $50,000.00 from the sale of the Property.

**THE TAUNT LAW FIRM**

/s/ Dean R. Nelson, Jr. (P70818)
Attorney for Trustee
700 E. Maple Road, Second Floor
Date: July 15, 2021    Birmingham, MI 48009
(248) 644-7800
dnelson@tauntlaw.com

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

State Road Allen Park, LLC,       Case No. 19-45908-TJT
                                           Chapter 7
                                           Honorable Thomas J. Tucker

       Debtor.
_____/

## CERTIFICATE OF SERVICE

I certify that, on July 15, 2021, I filed the Trustee's Report of Sale and this Proof of Service via the Court's ECF system which will give notice to the following ECF participants:

- Karen E. Evangelista    kee1008_tee@sbcglobal.net, MI30@ecfcbis.com;kee@trustesolutions.net

- Juandisha Harris    harrisj12@michigan.gov

- Michael D. Lieberman    MLieberman@lipsonneilson.com, LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

- Dean R. Nelson    dnelson@tauntlaw.com, ecarter@tauntlaw.com;mmartin@tauntlaw.com

- Basil T. Simon    bsimon@sszpc.com, lbauer@sszpc.com

- Jason M. Torf    Jason.Torf@icemiller.com

Dated: July 15, 2021             /s/ Emily R. Carter
                                 The Taunt Law Firm
                                 700 E. Maple Rd., 2nd Floor
                                 Birmingham, MI 48009
                                 (248) 644-7800
                                 ecarter@tauntlaw.com

3

4